1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DARREN EUGENE BROWN,          ) NO. ED CV 15-987-SJO(E)
                                )
12              Petitioner,      )
                                )
13      v.                       )          JUDGMENT
                                )
14 DAVID LONG, Warden,           )
                                )
15                               )
              Respondent.        )
16                               )
   _____)

17

18      Pursuant to the Order Accepting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20

21      IT IS ADJUDGED that the Petition is denied and dismissed with

22 prejudice.

23

24      DATED: October 16, 2015.

25

26      _____

27              S. JAMES OTERO
           UNITED STATES DISTRICT JUDGE

28